IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR95 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOHN WAGSTAFFE, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS October 3, 2016, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 146). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, John Wagstaffe.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to only the Defendant, John Wagstaffe.

Dated this 3rd day of October, 2016.

BY THE COURT:

  s/ Joseph F. Bataillon
Senior United States District Judge